Mark D. Kalischer, Appellant and Cross Appellee, v. Ludwig Sussman et al., Appellees and Cross Appellants.

Gen. No. 41,867.

Heard in first division, first district, this court ·at

384

October term, 1941; opinion filed April 20, 1942. Sabath, Perlman, Goodman & Rein, for appellant and cross appellee; Theodore E. Rein and Fay Warren Johnson, of counsel; Leslie L. Lyons, for appellees and cross appellants. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''